IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-30185-WDS |
| | ) | |
| ERICK L. ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to continue the final pre-trial and trial in this matter on the grounds that defense counsel needs additional time to prepare for trial in light of the fact that he was recently his appearance to represent the defendant. (Doc. 24). The Court notes that the government does not object to this motion.

The Court **FINDS** that it would be in the best interests of justice and the defendant to afford counsel additional time to review the evidence in this case and prepare for trial, and to including review of the discovery in this case. The Court **FURTHER FINDS** that the defendant's counsel has exercised due diligence in preparing for trial but that additional time is reasonable and necessary to allow defense counsel to adequately prepare for trial, that failure to grant a continuance in this matter would deny counsel for the defendant reasonable time necessary to prepare for trial, and that the end of justice would be best served by granting the continuance. 18 U.S.C. § 3161(h)(7)(B)(i) and § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion for a continuance. This matter Is hereby rescheduled for trial on May 18, 2010 at 9:00 A.M. and a Final Pre-Trial on April 28, 2010 at 11:00 A.M. All time between this motion and the new trial date shall be excluded for

speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: February 18, 2010.**

                                            **s/ WILLIAM D. STIEHL**
                                               **DISTRICT JUDGE**